United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Joseph Donald Grim  
    Debtor

Case No. 24-02468-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2  
Date Rcvd: Nov 08, 2024     Form ID: ntcnfhrg     Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Donald Grim, 2037 W Philadelphia St, York, PA 17404-5109 |
| 5656916 | | Empower Trust Company, Llc, Po Box 561148, Denver, CO 80256-1148 |
| 5656912 | | PA Department of Revenue - Bankrupt, PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5656913 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 08 2024 18:40:08 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 5656914 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 08 2024 18:40:07 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5658391 | | Email/Text: mrdiscen@discover.com | Nov 08 2024 18:35:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5656915 | + | Email/Text: mrdiscen@discover.com | Nov 08 2024 18:35:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5656917 | | Email/Text: collecadminbankruptcy@fnni.com | Nov 08 2024 18:35:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 5663169 | ^ | MEBN | Nov 08 2024 18:32:07 | First National Bank of Omaha c/o BQ & Associates, 14211 Arbor Street, Suite 100, Omaha, NE 68144-2312 |
| 5656910 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 08 2024 18:35:00 | IRS Centralized Insolvency Oper., Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 5656918 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 08 2024 18:35:00 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5656919 | + | Email/Text: Unger@Members1st.org | Nov 08 2024 18:35:00 | Members 1st FCU, Attn: Bankruptcy, Po Box 8893, Camp hill, PA 17001-8893 |
| 5656920 | + | Email/PDF: ebnotices@pnmac.com | Nov 08 2024 18:40:01 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5661293 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 08 2024 18:40:00 | Santander Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5656921 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Nov 08 2024 18:40:00 | SoFi Lending, 2750 East Cottonwood Parkway #300, Salt Lake City, UT 84121-7285 |
| 5656922 | ^ | MEBN | Nov 08 2024 18:32:23 | Sofi Lending Corp/MOHELA, Attn: Bankruptcy, Po Box 1022, Chesterfield, MO 63006-1022 |
| 5656923 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 08 2024 18:40:12 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

| | | | | |
|---|---|---|---|---|
| 5656911 | + | Email/Text: kcm@yatb.com | Nov 08 2024 18:35:00 | York Adams Tax Bureau, PO BOX 15627, York, PA 17405-0156 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 10, 2024  Signature: /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2024 at the address(es) listed below:

**Name** — **Email Address**

Brent J Lemon
on behalf of Creditor PENNYMAC LOAN SERVICES LLC blemon@kmllawgroup.com

Dawn Marie Cutaia
on behalf of Debtor 1 Joseph Donald Grim dmcutaia@gmail.com
cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com,julie.yorkparalegal@gmail.com;r46159@notify.bestcase.com

Jack N Zaharopoulos
TWecf@pamd13trustee.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Joseph Donald Grim,                     Chapter        13

    **Debtor 1**
                                   Case No.       1:24−bk−02468−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**December 12, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: December 19, 2024<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 8, 2024 |

ntcnfhrg (08/21)